OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFIC P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE PITNEY BOWES

ZIP 78701 $ 000.27
0001401623 SEP 10 2015

9/4/2015
**SMITH, THOMAS ISSAC Jr. AKA THOMAS I. SMITH**
**Tr. Ct. No. 505112-A**                                       **WR-83,064-05**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

THOMAS ISSAC SMITH JR.



N3B 77002